UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
JOSE A. BELLO

CASE NO.   04-41478-BKC-AJC Rec #283293

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOV 13 2009

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1,397.25  remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: __NOV 12 2009__

_____  
NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

JOSE A. BELLO  
12437 SW 220 STREET  
MIAMI FL 33170

SHARON L BLAKE, ESQUIRE  
9200 S. DADELAND BLVD., #311  
MIAMI, FL 33156

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   04-41478-BKC-AJC
JOSE A. BELLO


                                      CHAPTER 13


JOSE A. BELLO                         ---------$      1,397.25

12437 SW 220 STREET
MIAMI FL 33170


SHARON L BLAKE, ESQUIRE
9200 S. DADELAND BLVD., #311
MIAMI, FL 33156


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130